**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **HENRY SHERE QUEENER, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:10-cv-341** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | **Judge Thomas A. Wiseman, Jr.** |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Before the Court is Plaintiff Henry Shere Queener, Jr.'s Motion for Judgment on the Administrative Record (Doc. No. 9), seeking judicial review of the Commissioner's determination that, as of April 1, 2004, Plaintiff was performing substantial gainful activity and was therefore no longer disabled for purposes of the Social Security Act. In response to the motion, the Defendant Commissioner of Social Security asserts that the agency's decision to discontinue benefits is supported by substantial evidence in the record and should be upheld.

The prior referral of this case to the Magistrate Judge is hereby **WITHDRAWN**. For the reasons set forth in the accompanying Memorandum Opinion, the Court finds that the Commissioner's decision is supported by substantial evidence in the record. Plaintiff's motion is therefore **DENIED**, and the Commissioner's decision **AFFIRMED**.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge